121339 : TYSON, JUSTIN M — 2708905

Loc: PCDC D D-1 2N5/B1 — County Detention Center — Acct: pittNC-10304 — 3/1/2019 8:44:19 AM

By: MCOX From: Cash Drawer #1 — Prior Balance: $0.33

| | | |
|---|---|---|
| Bill | Court Ordered Deductions : Court Order deductions: Fee Case#5:18-CT-3362-BO Deducting 20% of Feb. 2019 Deposit ($16.75) | $3.35 CHRG |
| BillPay | PAYMENT FOR TRANS 2708905 | -$0.33 |

Sign:

Main Balance: $0.00

Court Ordered Deductions Debt: $3.02

FILED IN THIS OFFICE MAY 13 2019 Clerk U.S. District Court Greensboro, NC By: [signature]

## Statement of Claim

Place(s) of occurrence: J.G. Wentworth: 1780 Heritage Center, Wake Forest NC, 27587

Date(s) of occurrence: March 31st 2019; April 9th 2019

Rights Violated: Declaration of Rights sections 1, 14, 19, 27, 32; Amendments I, V, VIII, & XIV

**Who did what to you?**

The Company J.G. Wentworth discriminated against me by falsely Advertising the business that they conduct. Their Slogan for the company is "If you have a structured Settlement and need cash too, one lump sum of cash they will Pay to you." They displayed Negligence and acted maliciously toward me by not Advertising their company and the business that they conduct correctly. They caused me mental and emotional distress through their unethical behavior and the False Advertisement of their company. They left me mentally Anguished by displaying Negligence, Unethical Behaviors, Discrimination, and Advertising falsely the business that they conduct. This company failed to respond to two letters that I wrote them explaining that I had two Civil Actions in court and that both of these actions had the evidence submitted that no rational Jury would find against me, the Plaintiff. Meaning I proved that I had a structured Settlement and was in need of cash, and this company blatantly ignored me when their Advertisement says that I'm the kind of client that they would pay the lump sum of cash to.

**What happened to you?**

I was discriminated against by the company J.G. Wentworth. I was lied to by the company J.G. Wentworth while watching National Television. I was shown Negligence and unethical behaviors through the false Advertisement displayed by the company J.G. Wentworth. This led to me being mentally and emotionally distressed by the exclusive endowment they showed toward their clients proving to me that I was being treated unequal from the rest of the United States. This led to me being mentally Anguished. Their False Advertisement and discrimination caused me great mental pain & suffering.

**When did it happen to you?**

I wrote J.G. Wentworth on March 31st 2019 and April 9th 2019. They displayed the Negligence, Discrimination, Unethical Behaviors, Acts of malice, and False Advertisement from the Date of April 3rd, 2019 until this current Date. I suffered mentally and emotionally since the day they chose not to respond to my letter.

**Where did it happen to you?**

I sent J.G. Wentworth the letter with the complaints and evidence annexed to the U.S. District Court of the Eastern District of N.C. from the Pitt County Detention Center located at 124 New Hope Road Greenville NC, 27834. The company J.G. Wentworth failed to respond from their business located at 1780 Heritage Center Suite # 202, Wake Forest NC, 27587.

What was your injury?

I suffered mentally and emotionally due to the Negligence, Discrimination, and the Unethical Behaviors displayed by the Company J.G. Wentworth. Their false Advertisement caused me to be in a state of Awe because I provided the docket numbers for both Civil Actions that I have in the Federal Court System Along with the evidence that I provided to the court proving the guilt of the defendants. With them not even taking the time to reply to my letter this left me depressed, constantly fatigued mentally, and astonished at the fact that this company would lie on the National Television Channels about the business that they conduct with their clients. Their lies left me to be at a constant worry about the financial situation that I am currently in while waiting for my due and just compensation to be paid to me. Their Advertisement guarantees that this constant worry would not take place. Their Abuse of the Press has left me mentally Anguished.

Have you filed a grievance? ☐ Yes ☑ No

Why not: This is not an action about or concerning prison conditions, and this is non-grievable to any prison or jail.

Is the grievance process complete? ☐ Yes ☑ No

Why not: You can not grieve about a company or person that is not a correctional or Detention officer.

RELIEF:

I would like the court make the Company J.G. Wentworth responsible for the Compensation that I ask for the Discrimination, Negligence, Unethical Behaviors, Acts of malice, and False Advertisement that they have displayed. I would also like them to Compensate me for the mental and Emotional Distress that I have been through which led to me being mentally Anguished. I ask that the court hold J.G. Wentworth responsible for my Constitutional Rights that I have been deprived of and the Pain and Suffering I have been through. The relief demanded is for damages incurred or to be incurred in excess of ten thousand dollars ($10,000). I also ask that the Heritage Center location no longer remain open for business.

May 5th 2019
Date:

Justin M. [signature]
Signature:

Can I file this Complaint with the Middle District due to the fact that the magistrate Judge Robert B. Jones Jr. is related to me by marriage and has delayed my Process one time already in Case # 5:18-CT-03362-BO? I feel that filing this in the Eastern District would be a Conflict of Interest for me being that I am a pro se litigant.

Can you also send me 3 copies of the Complaint forms from your district along with the Summons and Application to proceed without Prepayment of fees if permission is granted to file in your district.